```
JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11- **5131** |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Parrish L. Kline, aka | |
| Parrish Kline, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Parrish L. Kline, aka Parrish Kline, in the principal amount of $3,955.70 plus interest accrued to May 23, 2011, in the sum of $4,749.39; with interest accruing thereafter at 6.79% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**8,705.09**.

DATED: July 5, 2011     By:    Terry Nafisi
                                             Clerk of the Court

                                                A. Martinez
                                                Deputy Clerk
                                United States District Court